```
_____ FILED _____ LODGED
       _____ RECEIVED

         12/16/2020

    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH JACOBSON,<br><br>Defendant. | NO.  CR20-5496<br><br>**INFORMATION**<br><br>**[Misdemeanor]** |

The United States Attorney charges that:

### Count One

### (Destruction of Mail or Newspapers)

Beginning on a date unknown and continuing until on or about July 2019, in Pierce County, within the Western District of Washington, and elsewhere, the defendant, JEREMIAH JACOBSON, a United States Postal Service employee, without authority, knowingly destroyed mail not directed to him.

//
//
//
//
//
//

Information/Jacobson - 1
CR20-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  All in violation of Title 18, United States Code, Section 1703(b).

2  DATED this 16th day of December, 2020.

*Sarah G. Vogel, for*
BRIAN T. MORAN
United States Attorney

S. KATE VAUGHAN
Assistant United States Attorney

SEUNGJAE LEE
Assistant United States Attorney

Information/Jacobson - 2
CR20-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970